PEOPLE V QUILL, No. 137404; Court of Appeals No. 285406.
HATHAWAY, J., did not participate.

DOBKOWSKI V O'REILLY, No. 137408; Court of Appeals No. 278051.
HATHAWAY, J., did not participate.

PEOPLE V LITTERAL, No. 137417; Court of Appeals No. 285810.
HATHAWAY, J., did not participate.

PEOPLE V DUARTE, No. 137418; Court of Appeals No. 286515.
HATHAWAY, J., did not participate.

CHEESEBORO V KOEGEL MEATS, INC, No. 137422; Court of Appeals No. 284985.
HATHAWAY, J., did not participate.

PEOPLE V GLOVER, No. 137433; Court of Appeals No. 286507.
HATHAWAY, J., did not participate.

PEOPLE V SCOTT ROBERT LINCOLN, No. 137435; Court of Appeals No. 285453.
HATHAWAY, J., did not participate.

PEOPLE V LARON GREEN, No. 137436; Court of Appeals No. 286729.
HATHAWAY, J., did not participate.

RODRIGUEZ V ASE INDUSTRIES, INC, No. 137437; Court of Appeals No. 285437.
HATHAWAY, J., did not participate.

PEOPLE V RAMOS, No. 137441; Court of Appeals No. 278831.
HATHAWAY, J., did not participate.

PEOPLE V MELDMAN, No. 137445; Court of Appeals No. 276245.
HATHAWAY, J., did not participate.

PEOPLE V PRETTO, No. 137448; Court of Appeals No. 286218.
HATHAWAY, J., did not participate.

GRIEVANCE ADMINISTRATOR V SCHULTZ, No. 137449; ABD: 06-174-GA.
HATHAWAY, J., did not participate.

PEOPLE V BLAKES, No. 137457; Court of Appeals No. 278238.
HATHAWAY, J., did not participate.

PEOPLE V BOWENS, No. 137466; Court of Appeals No. 277387.
HATHAWAY, J., did not participate.

PEOPLE V KRIS ALDRICH, No. 137469. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284621.
HATHAWAY, J., did not participate.